

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Edwin Bryant Wade, Janet Lynn Wade, and Jeremy Wade, Appellants

No. 06-23-00095-CV     v.

McLane Company, Inc., and Jose Efrain Perez, Jr., Appellees

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CV-23-46149). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, Edwin Bryant Wade, Janet Lynn Wade, and Jeremy Wade, pay all costs incurred by reason of this appeal.

RENDERED SEPTMEBER 26, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk